135 F.3d 768
 Keith D. Wilk
v.
Scott Township, City of Pittsburgh, Thomas Costello,
President of Board of Commissioners, Janice Beerhalter, Vice
President of Board of Commissioners, Patrolman James
Secreet, Patrolman S.J. Fury, Stanley Butkus, Janet
Kaslewicz, Agent for Scott Township Police Department,
Parole Agent Thomas Rock, Raymond Radakovich, attorney at Law
 NO. 97-3405
 United States Court of Appeals,
Third Circuit.
 Dec 03, 1997
 
 Appeal From: W.D.Pa. ,No.96cv01325 ,
 Diamond, J.
 
 
 1
 Affirmed.